

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-19-00318-CV

Leticia R. **BENAVIDES**,
Appellant
v.
Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

On August 21, 2020, this court ordered appellant to provide proof of payment or arrangements to pay for the reporter's record.  Our order also ordered the court reporter, Ms. Gay Richey, to file the outstanding volumes of the reporter's record within twenty days of appellant filing written proof of payment or arrangements to pay.  We cautioned Ms. Richie that if she failed to timely file the record, a show cause order would be issued.

On August 25, 2020, appellant provided written proof that she had mailed a check for $1,500 to Ms. Richie and the check has been cashed.  Because appellant provided written proof that she made arrangements to pay for the record, Ms. Richie is ORDERED to file the outstanding volumes of the reporter's record **no later than September 9, 2020**.

**If Ms. Richie fails to file the record by September 9, 2020, an order will be issued directing Ms. Richie to appear before this court in person and show cause why she should not be held in contempt for failing to file the record.**

The clerk of this court is directed to cause a copy of this order to be served on Ms. Richie by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.  Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), the clerk of this court is directed to serve a copy of this order on the Honorable Jose A. Lopez, Judge of the 49th Judicial District Court.

FILE COPY

_Sandee Bryan Marion_

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.

_Michael A. Cruz_

MICHAEL A. CRUZ, Clerk of Court